# United States District Court

WESTERN DISTRICT OF WASHINGTON

Frederick W. Bauer

JUDGMENT IN A CIVIL CASE

v.

U.S. Attorney General

CASE NUMBER: CV10-1176MJP

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_x_  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is ADOPTED and APPROVED. The matter is DISMISSED without prejudice.

October 19, 2010                           WILLIAM M. McCOOL
                                                           Clerk


                                                           Shelly Andrew
                                                    By Shelly Andrew, Deputy Clerk